372 A.2d 439

Parcell, et ux. v. Cello, et ux., Appellants.

Argued December 7, 1976.   Edwin B. Barnett, with him Barry A. Brown, for appellants;   William E. Eimer, with him Liederbach, Eimer, Foy & Hahn, for appellees.

Decree affirmed.

372 A.2d 439

Perez, Appellant, v. Rayjuan Corporation, et al.

Submitted September 14, 1976.   Edward Jay Weiss, for appellant;   Fred D. Furman, and Rappaport & Furman, for appellees.

Order affirmed.